**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LENEKA LERAY NAVA**                                                          **PLAINTIFF**

**v.**                                        **CASE NO. 4:20-cv-00212-JM**

**DARDENELLE POLICE DEPARTMENT,** *et al.*                        **DEFENDANTS**


## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 17th day of March, 2020.


_____
UNITED STATES DISTRICT JUDGE